**No. 24-369**
_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

VIKRAM VALAME,

*Plaintiff-Appellant*,

v.

JOSEPH R. BIDEN, et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:23-cv-03018-NC
Hon. Nathanael Cousins

**RULE 44(b) and 28 U.S.C. §2403(b) NOTICE OF CONSTITUTIONAL
CHALLENGE TO STATE STATUTE**

Vikram Valame
*Pro Se*
4039 2nd Street
208-994-3067
vik.valame@gmail.com

Notice of Constitutional challenge is hereby given that Plaintiff-Appellant Vikram Valame intends to challenge the constitutionality of a state statute. Pursuant to Federal Rule of Appellate Procedure 44(b) and 28 U.S.C. §2403(b), the Clerk is respectfully requested to certify this fact to the Attorneys General of Nebraska, Tennessee, Idaho, Kentucky, South Dakota, and North Dakota.

Plaintiff challenges the constitutionality of the sex-discriminatory Military Selective Service Act, 50 U.S.C. §§3801-20, on the basis of the Equal Rights Amendment. The principal dispute in this appeal is whether the Amendment was validly ratified by ¾ of the States, as required by Article V of the Constitution. Relevant to this notice, the state legislatures of Nebraska, Tennessee, Idaho, Kentucky, South Dakota, and North Dakota all ratified the Equal Rights Amendment, but later passed resolutions purporting to rescind their ratifications.

Plaintiff intends to argue that these recissions were ineffective for reasons including, but not limited to, the fact that as Article V of the Constitution delegates only the federal function of ratification to the states and makes no allowance for the revocation of assent to an amendment. *See* J. JAMESON, A TREATISE ON CONSTITUTIONAL CONVENTIONS 632 (1887).

The specific state resolutions under challenge are:

Nebraska: Legislative Resolution No. 9, March 15, 1973.

Tennessee: Senate Joint Resolution No. 29, April 23, 1974

1

Idaho: House Concurrent Resolution No. 10, February 8, 1977

Kentucky: House Resolution No. 20, March 17, 1978

South Dakota: Senate Joint Resolution No. 2, March 5, 1979.

North Dakota: Senate Concurrent Resolution No. 4010, March 19, 2021

Plaintiff intends to litigate these constitutional challenges throughout the appellate process.

Date: January 26th, 2024

Vikram Valame

*/s/ Vikram Valame*

*Pro Se*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 8. Certificate of Compliance for Briefs

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form08instructions.pdf*

**9th Cir. Case Number(s)** 24-369

I am the attorney or <u>self-represented</u> party.

**This brief contains 245 words,** excluding the items exempted by Fed. R. App. P. 32(f). The brief's type size and typeface comply with Fed. R. App. P. 32(a)(5) and (6).

I certify that this brief:

[X] complies with the word limit of Cir. R. 32-1.

[ ] is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

[ ] is an **amicus** brief and complies with the word limit of Fed. R. App. P. 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

[ ] is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

[ ] complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:
    [ ] it is a joint brief submitted by separately represented parties;
    [ ] a party or parties are filing a single brief in response to multiple briefs; or
    [ ] a party or parties are filing a single brief in response to a longer joint brief.

[ ] complies with the length limit designated by court order dated _____.

[ ] is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature** _____ **Date** <u>January 26, 2024</u>

1