# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form16instructions.pdf*

**9th Cir. Case Number(s)** 24-369

**Case Name** Valame v. Biden, et al.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

an injunction pending appeal prohibiting sex discrimination against Plaintiff Vikram Valame.

Relief is needed no later than *(date)*: February 9th, 2024

The following will happen if relief is not granted within the requested time:

The government will inflict irreparable stigmatic, constitutional, and dignatary harms on Plaintiff. See Section C of Argument.

I could not have filed this motion earlier because:

The Government informed me of its decision to discriminate against me on January 18th, 2024. I filed a motion for emergency relief in the District Court as quickly as possible, which was denied on January 25th. I am filing this motion 4 days later

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 16**         *1*         *Rev. 11/21/2019*

I requested this relief in the district court or other lower court:  ⦿ Yes   ○ No

    If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion:  ⦿ Yes   ○ No

    If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: | Jan. 21st, 2024 & Jan 27th, 2024

By *(method)*: | Email

Position of other parties: | Opposition

Name and best contact information for each counsel/party notified:

> Thomas Pulham -- thomas.pulham@usdoj.gov,
> Simon Brewer -- simon.c.brewer@usdoj.gov,
> Professor Raab -- michael.raab@usdoj.gov,
> Michael J. Gerardi -- Michael.J.Gerardi@usdoj.gov
> U.S. Department of Justice
> 1100 L St., N.W.
> Washington, D.C. 20005

I declare under penalty of perjury that the foregoing is true.

**Signature** | s/Vikram Valame    **Date** | 1/29/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 16**　　　　　　　　　　　2　　　　　　　　　　　*Rev. 11/21/2019*