| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 30 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

VIKRAM VALAME,

    Plaintiff - Appellant,

 v.

JOSEPH R. BIDEN, et al.;

    Defendants - Appellees.

No. 24-369

D.C. No. 5:23-cv-03018-NC
Northern District of California, San Jose

ORDER

The Court has received appellant's emergency motion for injunctive relief at Docket Entry No. 10. The response to the motion is due February 5, 2024. The optional reply is due February 7, 2024.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT