No. 24-369

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

VIKRAM VALAME,

*Plaintiff-Appellant*,

v.

JOSEPH R. BIDEN, et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:23-cv-03018-NC
Hon. Nathanael Cousins

**APPELLANT'S MOTION FOR JUDICIAL NOTICE**

Vikram Valame
*Pro Se*
4039 2nd Street, Palo Alto, California
(208) 994-3067
vik.valame@gmail.com

*Appellant*

## MOTION TO TAKE JUDICIAL NOTICE

Plaintiff-Appellant respectfully moves that this court take judicial notice of the attached letter (Exhibit A) revoking his job offer with the Nuclear Regulatory Commission pursuant to Federal Rule of Evidence 201. The letter is dated February 12th, 2024. The letter is relevant to these proceedings because it supports Plaintiff-Appellant's Article III standing and demonstrates that his challenge to 5 U.S.C. §3328 is likely to succeed.

The government consents to this motion. I certify that the attached letter is an authentic copy of the letter delivered to me via email by the Nuclear Regulatory Commission. The letter will be included in the Excerpts of Record to be filed in conjunction with this motion.

Date: Monday, April 8th, 2024

/s/ Vikram Valame .

*Appellant*



# EXHIBIT A



**UNITED STATES**
**NUCLEAR REGULATORY COMMISSION**
WASHINGTON, D.C. 20555-0001

February 12, 2024

Vikram Valame
4039 2nd Street
Palo Alto, CA 94306

Dear Vikram:

This is to inform you that the U.S. Nuclear Regulatory Commission (NRC), Office of the Chief Human Capital Officer, is withdrawing its tentative offer of employment as a Summer 2024 Student Intern. The NRC's policy regarding Selective Service registration and next steps to continue with the internship offer were shared with you via email on January 18, 2024. As you have not submitted an updated OF-306 confirming your registration for the Selective Service, we are unable to continue with the offer as you are not eligible for employment with the NRC. Thank you for your interest in the NRC's Summer Student Internship Program, and we wish you success in your future endeavors.

Sincerely,

*Debby Hackett*

Deborah Hackett
Senior Human Resource Specialist
Workforce Management and
  Benefits Branch
Human Resources Operations
  Policy Division
Office of the Chief Human Capital Officer

cc: Karen Cobbs