Case: 24-369, 04/09/2024, DktEntry: 22.1, Page 1 of 1

<div style="text-align:right">
**FILED**

APR 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
</div>

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIKRAM VALAME, <br><br>    Plaintiff - Appellant, <br><br>v. <br><br>JOSEPH R. BIDEN, et al.; <br><br>    Defendants - Appellees. | No. 24-369 <br><br> D.C. No. <br> 5:23-cv-03018-NC <br> Northern District of California, <br> San Jose <br><br> ORDER |

The opening brief submitted by Appellant Vikram Valame is filed.

Within 7 days of this order, Appellant must file 6 copies of the brief in paper format. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant Vikram Valame are filed. Within 7 days of this order, Appellant must file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT