

**FILED**

APR 10 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIKRAM VALAME, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JOSEPH R. BIDEN, et al.; <br><br> Defendants - Appellees. | No. 24-369 <br><br> D.C. No. 5:23-cv-03018-NC <br> Northern District of California, San Jose <br><br> ORDER |

Appellant's motion (Docket Entry No. 18) for an extension of time to file the opening brief is granted. The Clerk will file the opening brief submitted at Docket Entry No. 21.

The answering brief is due May 9, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT