IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

VIKRAM VALAME,
  *Plaintiff-Appellant,*

  *v.*

DONALD J. TRUMP, et al.,
  *Defendants-Appellees.*

No. 24-369

**RESPONSE IN OPPOSITION TO
MOTION FOR SUMMARY VACATION**

Defendants-appellees President Donald J. Trump et al.[1] respectfully file this response in opposition to plaintiff's motion seeking summary vacatur of the district court's judgment. *See* Dkt. No. 34.

The facts and procedural background of this case are set forth in the government's answering brief. *See generally* Dkt. No. 28. As principally relevant here, plaintiff contends that the Equal Rights Amendment (ERA) has been duly ratified as the 28th Amendment to the U.S. Constitution,

---

[1] Pursuant to Federal Rule of Appellate Procedure 43(c), all defendants-appellees sued in their official capacities have had their successors in office automatically substituted.

notwithstanding the fact that the congressionally established deadline for ratification lapsed long before the purported thirty-eighth State ratification occurred in 2020. On January 17, 2025, then-President Joseph R. Biden, Jr., issued a statement indicating his "belie[f]" that the requisite number of States had ratified the ERA. The White House, *Statement from President Joe Biden on the Equal Rights Amendment* (Jan. 17, 2025), https://perma.cc/3QVE-BS4A. Citing that statement, plaintiff seeks summary disposition of his appeal.

    1. The motion is procedurally improper. Plaintiff invokes (Mot. 1) Circuit Rule 3-6(a), which concerns summary disposition of civil appeals. But such a motion is appropriate only "prior to the completion of briefing." 9th Cir. R. 3-6(a). Briefing in this appeal was completed in July 2024, so it is far too late to move for summary disposition. To the extent plaintiff wished to call the Court's attention to President Biden's statement, the appropriate vehicle would have been a letter under Federal Rule of Appellate Procedure 28(j).

2. In any event, there is no basis for summarily vacating the district court's judgment. The government's position remains that the ERA has not been validly ratified. *Contra* Mot. 2. President Biden's statement regarding the ERA did not purport to alter the position of the United States in this matter, nor did it direct any Executive Branch official or agency to recognize the ERA's purported ratification. And the statement could not have changed the dispositive fact that the congressionally established ratification deadline expired long ago. *See Illinois v. Ferriero*, 60 F.4th 704, 718-19 (D.C. Cir. 2023). This Court should therefore deny plaintiff's motion, decide this appeal in the ordinary course, and affirm the judgment of the district court.

Respectfully submitted,

BRETT A. SHUMATE
*Acting Assistant Attorney General*

MICHAEL S. RAAB
THOMAS PULHAM
 /s/ Simon C. Brewer
SIMON C. BREWER
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7529*
*Washington, D.C. 20530*
*(202) 616-5367*

JANUARY 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this response to a motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the response complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 373 words, according to the word count of Microsoft Word.

/s/ *Simon C. Brewer*
Simon C. Brewer

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, I electronically filed the foregoing with the Clerk of the Court by using ACMS. Participants in the case are registered ACMS users, and service will be accomplished by ACMS.

*/s/ Simon C. Brewer*
Simon C. Brewer