# No. 24-369

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

VIKRAM VALAME,

*Plaintiff-Appellant*,

v.

JOSEPH R. BIDEN, et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:23-cv-03018-NC
Hon. Nathanael Cousins

## MOTION FOR SUMMARY VACATION

Vikram Valame
*Pro Se*
4039 2nd Street, Palo Alto, California
(208) 994-3067
vik.valame@gmail.com

*Appellant*

## TABLE OF CONTENTS

MOTION ................................................................................................. 1

GROUNDS FOR RELIEF ..................................................................... 2

CONCLUSION ...................................................................................... 2

## MOTION

Appellant Vikram Valame hereby moves the Court for leave to amend his Complaint to add recently exhausted claims under Title VII.

## POSITION OF DEFENDANTS

The United States

## GROUNDS FOR RELIEF

On February 13, 2025, Plaintiff exhausted the EEOC's administrative claims process under Title VII of the Civil Rights Act. Under Title VII, Plaintiff has 90 days to file suit following dismissal of his administrative claims. Additionally, under Federal Rule of Civil Procedure 15(c), this amended complaint is timely as related related back to the original complaint in this matter.

This court has the inherent power to "to order a district court to grant a plaintiff leave to amend her complaint." *Bd. of Supervisors of Issaquena Cnty., Mississippi v. United States*, 84 F.4th 1359, 1370 (Fed. Cir. 2023). Plaintiff's Amendment is in the interests of justice, as he had no opportunity earlier in this litigation to file claims for damages under Title VII.

2

The United States is not prejudicied by this amendment, as Plaintiff's Title VII claims rise and fall with his constitutional challenges to 5 U.S.C. § 3328. The Government has been on notice of Plaintiff's desire to allege claims under Title VII ever since Plaintiff started the administrative appeals process.

The United States has informed Plaintiff that it will contact him on its position regarding this motion by the 15th of May.

A redlined version of plaintiff's proposed amended complains is attached.

## CONCLUSION

The motion for leave to amend should be granted.

Date: May 14th, 2025

>Vikram Valame
>*/s/ Vikram Valame*
>Pro Se

3