# No. 24-369
_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

VIKRAM VALAME,

*Plaintiff-Appellant*,

v.

DONALD J. TRUMP, et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of California
No. 5:23-cv-03018-NC
Hon. Nathanael Cousins

## MOTION FOR MISCELLANEOUS RELIEF (AMENDMENT)

                                        Vikram Valame
                                        *Pro Se*
                                        4039 2nd Street, Palo Alto, California
                                        (208) 994-3067
                                        vik.valame@gmail.com

                                        *Appellant*

## MOTION

Appellant Vikram Valame hereby moves this Court for leave to amend his complaint to add recently exhausted claims under Title VII.

## POSITION OF DEFENDANTS

The United States opposes this motion for leave to amend.

## GROUNDS FOR RELIEF

On February 13, 2025, Plaintiff exhausted the EEOC's administrative claims process under Title VII of the Civil Rights Act. Under Title VII, Plaintiff has 90 days to file a suit following dismissal of his administrative claims. Additionally, under Federal Rule of Civil Procedure 15(c), this amended complaint is timely as related back to the original complaint in this matter.

This court has the inherent power "to order a district court to grant a plaintiff leave to amend her complaint." *Bd. of Supervisors of Issaquena Cnty., Mississippi v. United States*, 84 F.4th 1359, 1370 (Fed. Cir. 2023). Plaintiff's amendment is in the interests of justice, as he had no opportunity earlier in this litigation to file claims for damages under Title VII.

1

The United States is not prejudiced by this amendment, as Plaintiff's Title VII claim rises and falls with his constitutional challenges to 5 U.S.C. § 3328. The Government has been on notice of Plaintiff's desire to allege a claim under Title VII ever since Plaintiff started the administrative appeals process.

A redlined version of Plaintiff's proposed amended complaint is attached in addition to a signed copy of the proposed amended complaint itself.

This updated filing corrects an error in the case caption of the complaint, minor typos in this motion, and provides the government's position on this motion.

## CONCLUSION

The motion for leave to amend should be granted.


Date: May 15th, 2025

Vikram Valame
*/s/ Vikram Valame*
Pro Se

2