# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

VIKRAM VALAME,
  *Plaintiff-Appellant,*

  *v.*

DONALD J. TRUMP, et al.,
  *Defendants-Appellees.*

No. 24-369

## NOTICE OF WITHDRAWAL OF SIMON BREWER

This notice respectfully informs the Court that the undersigned

counsel withdraws from representing the defendants-appellees. Michael

Raab and Thomas Pulham will continue to represent the government.

Respectfully submitted,

 /s/ *Simon C. Brewer*

SIMON C. BREWER

*Attorney*

*Civil Division, Appellate Staff*

*U.S. Department of Justice*

*950 Pennsylvania Ave., N.W., Room 7529*

*Washington, D.C. 20530*

*(202) 616-5367*

JUNE 2025