# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 6, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Vikram Valame
           v. Donald J. Trump, President of the United States, et al.
           No. 25-1259
           (Your No. 24-369)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 9, 2026 and placed on the docket May 6, 2026 as No. 25-1259.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst